UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

D.M.W. (XXX-XX-2089)                                    CIVIL ACTION NO. 12-cv-2650

VERSUS                                                              JUDGE FOOTE

U.S. COMMISSIONER, SOCIAL                    MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Attorney Fees Under Section 406(b) (Doc. 24) is granted, and the court approves a fee award under 42 U.S.C. § 406(b) in the amount of $9,500 for the work of attorney Matthew David Lane, Jr. before the court in this case, with the amount to be paid from the past due benefits held by the Commissioner for such purposes.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 21st day of December, 2015.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE